UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLIFFORD AUTIN**                                    **CIVIL ACTION**

**VERSUS**                                                    **No. 11-2042**

**THE HOME DEPOT U.S.A., INC.**              **SECTION I**

### ORDER

Considering the joint motion[1] to dismiss with prejudice,

**IT IS ORDERED** that all claims asserted in the captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, November 7, 2012.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 40.